# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**May 6, 2008**

| 28111 | Liu v. State | Affirmed |
|---|---|---|

**May 8, 2008**

| 26801 | Karagianes v. State | Affirmed |
|---|---|---|

**May 13, 2008**

| 27494 | Caberto v. Maui Elec. Co. | Affirmed |
|---|---|---|
| 28222 | State v. Blanchard | Affirmed |

**May 15, 2008**

| 27697, 27824 | Ramsey v. State | Affirmed; Vacated and Remanded |
|---|---|---|

**May 16, 2008**

| 27419 | Cobb-Adams v. Koga Engineering and Const., Inc. | Affirmed |
|---|---|---|
| 27580 | Hamilton ex rel. Lethem v. Lethem | Vacated and Remanded |
| 28260 | State v. Gomez | Affirmed |
| 28534 | State v. Ili | Affirmed |
| 27097 | Western Financial Bank, F.S.B. v. Raras | Affirmed |

**May 21, 2008**

| 27274 | AFL Hotel & Restaurant Workers Health & Welfare Trust Fund v. Ramos | Vacated and Remanded |
|---|---|---|
| 27888 | State v. Thate | Affirmed and Remanded |

**May 22, 2008**

| 27650 | Trenholm v. Smythe | Affirmed |
|---|---|---|

**May 28, 2008**

| 28133 | State v. De Guair | Affirmed |
|---|---|---|
| 28472 | State v. Fleming | Affirmed |